IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CAROLE CHENEY ) | |
| ) | |
| *Plaintiff* ) | |
| ) | No. 1:13-cv-4269 |
| v. ) | |
| ) | Magistrate Judge Susan E. Cox |
| STANDARD INSURANCE COMPANY, ) | |
| and LONG TERM DISABILITY ) | |
| INSURANCE ) | |
| ) | |
| *Defendants* ) | |

### STANDARD INSURANCE COMPANY'S AND THE ERISA PLAN'S
### MOTION FOR ENTRY OF JUDGMENT

Defendants, STANDARD INSURANCE COMPANY ("Standard") and LONG TERM DISABILITY INSURANCE (the "Plan") (collectively "Defendants"), by their attorneys, Jacqueline J. Herring and Warren von Schleicher of Smith, von Schleicher & Associates, submit their Motion for Entry of Judgment, pursuant to Fed. R. Civ. P. 52(a):

1. Plaintiff Carole Cheney seeks payment of long term disability benefits under a group long term disability insurance policy ("Group Policy") issued to Kirkland by Standard. The Group Policy is governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001 *et seq.* ("ERISA").

2. Standard correctly determined that Plaintiff failed to satisfy the terms and conditions for payment of disability benefits under the Group Policy.

3. Plaintiff fails to satisfy her burden of proving her eligibility for coverage and entitlement to benefits under the Group Policy.

4. Accordingly, judgment should be entered in favor of Standard and the Plan.

WHEREFORE, defendants, STANDARD INSURANCE COMPANY and LONG TERM DISABILITY INSURANCE, respectfully request entry of judgment in their favor, dismissal of the Complaint with prejudice, and an award of their costs and reasonable attorneys' fees under 29 U.S.C. §1132(g).

Respectfully submitted,

| | |
|---|---|
| Jacqueline J. Herring (IL- 6282246)<br>Warren von Schleicher (IL- 6197189)<br>SMITH \| VON SCHLEICHER + ASSOCIATES<br>180 N. LaSalle St. Suite 3130<br>Chicago, Illinois 60601<br>P  312.541.0300  \| F  312.541.0933<br>jackie.herring@svs-law.com<br>warren.vonschleicher@svs-law.com | By: /s/ Jacqueline J. Herring<br>Attorney for Defendants,<br>Standard Insurance Company and<br>Long Term Disability Insurance |

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on the following attorneys:

Mark D. DeBofsky
DeBofsky & Associates, P.C.
200 W. Madison St., Suite 2670
Chicago, Illinois 60606
mdebofsky@debofsky.com

/s/ Jacqueline J. Herring
SMITH | VON SCHLEICHER + ASSOCIATES
180 N. LaSalle St. Suite 3130
Chicago, Illinois 60601
P 312.541.0300 | F 312.541.0933
jackie.herring@svs-law.com
Illinois Bar No. 6282246